IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

Court File No.:00-CV-2437 DSD/JMM

Janet Ruth Durkot,

Plaintiff,

vs.

**STIPULATION OF DISMISSAL WITH PREJUDICE, ORDER FOR JUDGMENT AND JUDGMENT**

Scott County, Minnesota, Sheriff's Department, and Gary Sheldon, individually and in his capacity as Scott County Jail Administrator,

Defendants.

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The undersigned attorneys hereby advise the Court that all claims, counterclaims and crossclaims by all parties in the above-entitled cause of action have been fully compromised and settled. Therefore,

IT IS HEREBY STIPULATED BY AND BETWEEN All the parties thereto, through their respective undersigned attorneys, that this entire lawsuit may be, and hereby is, dismissed on its merits and with prejudice, but without costs, disbursements or attorneys fees to any of the parties.

IT IS FURTHER STIPULATED, that without further notice, a Judgment of Dismissal with Prejudice and upon the merits of all claims, counterclaims and crossclaims, without costs, disbursements or attorneys fees to any of the parties, may be entered herein.

FILED 4-18-01
FRANCIS E. DOSAL, CLERK
JUDGMENT ENT'D 4-18-01
DEPUTY CLERK JK

Dated: April 5, 2001
BECKMAN & STEEN

Geraldine Carlen Steen (#182709)
Attorney for Plaintiff
206 First Minnetonka Bank Building
14550 Excelsior Boulevard
Minnetonka, MN 55435
(952) 938-3411

Dated: March 19, 2001
JOHNSON & CONDON, P.A.

Teresa M. Thompson (#248940)
Attorneys for Defendants
Financial Plaza
7235 Ohms Lane
Minneapolis, MN 55439-2152
(952) 831-6544

**ORDER FOR JUDGMENT**

The foregoing Stipulation, having been presented to the Court on behalf of the above parties,

IT IS HEREBY ORDERED That the above-entitled action be, and the same hereby is, dismissed with prejudice and on its merits and without costs, disbursements or attorneys fees to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated this 17th day of April, 2001.

Judge of Federal District Court

**JUDGMENT**

Pursuant to the foregoing Stipulation and Order,

IT IS HEREBY ORDERED AND ADJUDGED That the above-entitled action be, and the same hereby is, dismissed with prejudice and on its merits and without costs, disbursements or attorneys fees to any party.

FRANCIS E. DOSAL, CLERK

BY THE COURT,

(District Court Seal)

Deputy Clerk of District Court

281253.wpd